

FILED

12/10/2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Julia K. Schwartz (312) 353-5326

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL ADESHINA BABALOLA
    also known as "Ade WILLIAMS,"
"Justus SILAS," "Lucas ANTHONY,"
and "Paul OBASEKI"

CASE NUMBER: 1:21-cr-00747

UNDER SEAL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about October 14, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1543 | willfully and knowingly used, or attempted to use a false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport |

This criminal complaint is based upon these facts:

__X__  Continued on the attached sheet.

Patryk Lukaszewski
Special Agent
Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: December 10, 2021

Judge's signature

City and state: Chicago, Illinois

SUSAN E. COX, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### **AFFIDAVIT**

I, PATRYK K. LUKASZEWSKI, being duly sworn, state as follows:

1.　　I am a Special Agent with the Homeland Security Investigations (HSI). I have been so employed since approximately August 2019. Prior to my employment with HSI, I was employed as a Federal Air Marshal with the Department of Homeland Security and as a Special Agent with the Department of Defense. As part of my duties as an HSI Special Agent, I investigate criminal violations relating to narcotics trafficking, immigration, sex trafficking, money laundering, and other financial offenses. I have participated in and led numerous complex investigations into transnational criminal organizations.

2.　　This affidavit is submitted in support of a criminal complaint alleging that Michael Adeshina Babalola, also known as "Ade WILLIAMS," "Justus SILAS," "Lucas ANTHONY," and "Paul OBASEKI," has violated Title 18, United States Code, Section 1543.　Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BABALOLA with forgery or false use of a passport, I have not included each and every fact known to me concerning this investigation.　I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.     The statements in this Affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

## I.    FACTS SUPPORTING PROBABLE CAUSE TO SEARCH

### A. Summary

4.     A Nigerian national with lawful permanent residence in the United States named MICHAEL ADESHINA BABALOLA has (1) opened bank accounts using fraudulent passports with different aliases; (2) used counterfeit and altered checks to defraud financial institutions; and (3) received multiple domestic and international wire transfers from individuals and companies who are fraud victims.

5.     As part of BABALOLA's scheme, he has used multiple aliases to open bank accounts, including but not limited to "Ade WILLIAMS," "Justus SILAS," "Lucas ANTHONY," and "Paul OBASEKI." HSI has become aware of at least 7 bank accounts opened by or used by BABALOLA with false or fraudulently obtained identification documents, including counterfeit foreign passports.

6.     On or about October 14, 2021, law enforcement observed BABALOLA drive to a Huntington Bank branch location, where bank employees showed me a fraudulent passport that BABALOLA had presented to obtain a debit card for a bank account held in that alias' name.

### B. BABALOLA's Authentic Identification Documents

7.     MICHAEL ADESHINA BABALOLA, with date of birth May █████, is a Nigerian national who is currently a legal permanent resident of the United

States. BABALOLA's authentic identification documents, from Department of Homeland Security (DHS) records, are depicted below. The first image is BABALOLA's Illinois driver's license. The second image is BABALOLA's authentic passport (prior to its 2019 expiration). The third image is from BABALOLA's I-485 application. The fourth photograph of BABALOLA was taken when he entered the United States in 2016.






8.      Based on CBP border crossing records, BABALOLA has used his authentic, Nigerian passport when entering and exiting the United States, which confirms that this is his authentic passport. The passport depicted in the preceding paragraph is his prior Nigerian passport, which he used to enter the United States. It expired in 2019, and BABALOLA was issued a new Nigerian passport, which he used to exit the United States on or about December 28, 2019, and return on or about January 17, 2020.

### C. Law Enforcement Observed BABALOLA Presenting a Fraudulent Passport at a Huntington Bank Branch

9.     As discussed in this section, I observed BABALOLA at a Huntington Bank branch in Chicago, Illinois, where a teller showed me a counterfeit passport that BABALOLA had presented under the alias "Paul Oluwa OBASEKI" in connection with account ending in x6799.

10.     On or about October 14, 2021, I and other HSI agents conducted surveillance at BABALOLA's residence at the 3300 block of South Hoyne Avenue in Chicago, Illinois ("Subject Premises"). At approximately 10:30 a.m., agents observed a black male leave the Subject Premises and enter in a black Lexus ES. I followed the vehicle to a Jewel-Osco parking lot located at 5320 South Pulaski Road, in Chicago. At approximately 10:55 a.m., agents observed a black male, matching BABALOLA's description, wearing dark blue jeans, a dark green sweater, and a black baseball cap, exit the vehicle and enter the Jewel-Osco store. I followed the individual inside the Jewel-Osco, to the Huntington Bank branch located inside the store, where I positively identified the man as BABALOLA, based on BABALOLA's passport photograph. While BABALOLA was standing in line for the Huntington Bank teller window, I observed BABALOLA pull a passport out of his front right pants pocket, look at it, and place it back into his pants pocket. I observed and photographed BABALOLA as he approached the teller window and spoke to a teller. One such photograph is below.



11.     I then approached the teller window to the right of BABALOLA and spoke to a different Huntington Bank teller. I informed the teller that I was interested in a personal car loan, and the teller asked me to walk around to the back room where she could speak to me. Upon meeting the teller in the back room, I identified myself as an HSI Special Agent and inquired about BABALOLA's bank visit. The teller left the room to ask her colleague about the purpose of BABALOLA's visit, and then returned and informed me that BABALOLA was requesting a new debit card because he had originally opened his account with TCF Bank. (TCF Bank recently merged with Huntington Bank, requiring TCF account holders to request new Huntington debit cards.) The bank teller retrieved the passport that BABALOLA had provided and showed it to me. The passport was a Kenyan passport under the alias "Paul Oluwa OBASEKI," with passport number A928181. The photograph on the passport depicted BABALOLA. The teller also

5

confirmed that the account under the name "Paul Oluwa OBASEKI" had been flagged by the bank as potentially fraudulent. I took a photograph of the passport, which is below:



12.     According to the bank teller, the contact information for the account is:

Address: ███████████████████ Chicago, IL 60645.

Phone number: 872 235 7952

Email Address: PaulObasaki483@gmail.com

The account lists the account holder's employment status as "Unemployed" and occupation as "Homemaker."

13.     When I exited the store, BABALOLA was still talking to the bank teller. Shortly thereafter, I observed BABALOLA enter his car and depart the Jewel-Osco parking lot.

14.     Surveillance footage from the Jewel grocery store on October 14, 2021 also shows BABALOLA wearing a black cap, a green sweater, and jeans inside the store, as depicted below.



### D. Chase Account Ending in x9056 Opened Using the Alias "Ade Festus WILLIAMS"

15.     BABALOLA's conduct on October 14, 2021 was not the first time he has presented a counterfeit passport to a bank. Based on Chase bank records, on or about July 2, 2020, BABALOLA opened a JP Morgan Chase bank account (ending in x9056) at Chase Branch #450 at 2228 S. Western Avenue in Chicago, Illinois using the alias "Ade Festus WILLIAMS." BABALOLA gave the bank a South African passport in the name of Ade Festus WILLIAMS, with date of birth January 7, 1985. The passport (depicted below) bore a photograph of Michael BABALOLA, based on a comparison to known photographs of BABALOLA.



16.     Based on Chase bank records, between July 2020 and December 2020, Chase bank account ending in x9056 received approximately $330,305 from multiple individuals via bank transfer, incoming wire transfer, and cash/check deposits, approximately $320,978.46 of which was withdrawn through December 15, 2020.

17.     As discussed below, fraud proceeds were deposited into Chase bank account ending in x9056. Specifically, on or about March 30, 2021, an attempt was made to deposit a $9,500 check (# 25806) from Victim Company A, with the payee listed as Ade WILLIAMS, into Chase checking account ending in x9056. Because the check was flagged by Chase Bank as fraudulent, the check was not deposited.

18.     Based on an interview of the Chief Financial Officer of Victim Company A, the signature of the company's president had been forged on the check (# 25806). An image of the check is shown below, which lists the payee's name as "Ade Williams," with address 1533 W Jarvis Avenue, Apt. 208, Chicago, Illinois 60626:



19.     Based on law enforcement database checks, 1533 W. Jarvis Avenue,
Chicago, IL 60626 was a vacant apartment building as of on or about May 26, 2021.

20.     In addition, on or about April 12, 2021, Chase Bank account ending in
x9056 received an incoming BlueVine funds transfer of $90,000 from an individual
listed as "Festus WILLIAMS"—which is similar to the alias "Ade Festus
WILLIAMS"—from a different BlueVine account in the name of Victim B. As set
forth below, these funds were fraudulently obtained from Victim Company C, in a
two-step process: (1) from Victim Company C to a BlueVine account purporting to
be in Victim B's name; (2) from Victim B's BlueVine account to Chase Bank account

ending in x9056 (with "Festus WILLIAMS" listed in the funds transfer memo). More specifically:

      a.    Victim B is the owner of an entity that has a contract with a larger company, Victim Company C.

      b.    According to Victim Company C representatives, Victim Company C believes there could have been a business email compromise. Specifically, Victim Company C was directed, via email, to transmit approximately $156,000 to a BlueVine account purportedly belonging to Victim B, and Victim Company C did so. Based on interviews with Victim Company C representatives, Victim C employees believed they were sending funds to a new business account for the company owned by Victim B.

      c.    According to an interview of Victim B, he/she did not set up or control that BlueVine account and was unaware that a BlueVine account had been created using his/her name and personal identifying information.

      d.    Based on bank records from Chase, $90,000 of the funds transferred from Victim Company C to the fraudulently created Victim B BlueVine account was subsequently transferred to BABALOLA's Chase Bank account ending in x9056, on or about April 12, 2021. After the $90,000 was transferred into the Chase Bank account ending in x9056, the fraudulent Victim B BlueVine account was closed.

21.    BABALOLA withdrew nearly all of the $90,000 in fraud proceeds from Chase Bank account ending in x9056, based on bank records. More specifically:

a.    Between approximately April 12 and April 16, 2021, Chase account ending in x9056 incurred cash withdrawals totaling approximately $47,027.56. BABALOLA was identified as the person who withdrew the funds, on approximately 15 separate occasions, based on a comparison of BABALOLA's known photographs to the ATM surveillance footage from the banks and related bank records.

b.    On or about April 16, 2021, $20,000 was withdrawn from the account and converted into a Chase cashier's check in the amount of $20,000, payable to the order of Justus Akpabio SILAS. (As discussed below, "Justus Akpabio SILAS" is another alias used by BABALOLA.)

c.    Between approximately April 17 and April 20, 2021, Chase checking account ending in x9056 incurred five ATM and cash withdrawals of approximately $19,000.

### E. Chase Account Ending in x0032 Opened Using the Alias "Lucas Adams ANTHONY."

22.    Based on bank records, on or about June 7, 2021, BABALOLA opened Chase account ending in x0032 at Chase Bank branch #552 at 850 S. Wabash Avenue in Chicago, using a Kenyan passport in the name of "Lucas Adams ANTHONY," depicted below. The photograph on that passport is BABALOLA, based on a comparison to BABALOLA's authentic passport photograph.



23.    The address listed on Chase account ending in x0032 is 1533 W Jarvis Ave, Apt 208, Chicago, IL 60626—the same address listed on the forged check that the subjects attempted to deposit into Chase checking account ending in x9056, as well as Chase account ending in x2866 held under the alias OBASEKI; and Chase account ending in x5966 held under the alias SILAS.

24.    Multiple checks were written from Chase bank account ending in x0032, which were altered to list different payor names.[1] Those checks were made payable to the same names that were listed as payors. The bank declined to process

---

[1] Based on open-source research, the names listed were all real individuals who reside in the United States, and the addresses listed on the checks are past or present addresses of those individuals.

these checks, because the bank account number on the checks was the same bank

account number as the receiving bank account. Two examples are below:



25.     Based on my training and experience and knowledge of this

investigation, I believe that BABALOLA altered Chase Bank checks from his

account and used stolen identities for the payees and apparent payors of the checks, in an attempt to perpetrate an (ultimately unsuccessful) check-kiting scheme.

### F. Chase Account Ending in x2866 Opened Using the Alias "Paul Oluwa OBASEKI"

26.     Based on bank records, on or about August 10, 2021, BABALOLA opened Chase Bank account ending in x2866 at Chase Bank branch #596 at 5715 N. Broadway Street in Chicago, Illinois, using a fraudulent Kenyan passport in the name of "Paul Oluwa OBASEKI." Based on a comparison to known photographs of BABALOLA, the fraudulent Kenyan passport (below) depicts BABALOLA.



27.     The application records for Chase bank account ending in x2866 list the address 1533 W Jarvis Ave, Apt 208, Chicago, IL 60626. The Jarvis Avenue address was also provided in connection with the forged check to "Ade Williams" that the subjects attempted to deposit into Chase account ending in x9056; Chase account ending in x0032 held under the alias ANTHONY; and Chase account ending in x5966 held under the alias SILAS.

28.     Based on bank records, Chase checking account ending in x2866 had multiple deposits and withdrawals in a short time period. For example, on or about August 23, 2021, the account received a $25,000 deposit from an unknown source. And on or about September 1, 2021, the account received an incoming FedWire Credit, via Wells Fargo Bank, of $10,000 from an individual with an address in Pennsylvania. The FedWire was credited to Paul OBASEKI, with a recipient address listed as 1533 W Jarvis Ave, Apt 208 in Chicago, Illinois 60626 (the same Jarvis address used on this account and on other BABALOLA-controlled accounts). The payment memo on the FedWire credit stated: "Foundation."

29.     From approximately August 23, 2021 to September 7, 2021, Chase checking account ending in x2866 received approximately $38,110 in deposits, $38,031.40 of which was withdrawn as of September 7, 2021.

### G. Chase Account Ending in x5996 Opened Using the Alias "Justus Akpabio SILAS"

30.     Based on bank records, on or about December 23, 2020, BABALOLA presented a Kenyan passport with the name "Justus Akpabio SILAS" to a Chase Bank branch #450 at 2228 S. Wabash Avenue in Chicago, Illinois (a copy of which is

below, from Chase records) and opened Chase account ending in x5996 under that alias. That Kenyan passport (below) depicts BABALOLA, based on a comparison to BABALOLA's known passport photograph.



31.     The address for Justus Akpabio SILAS listed on Chase Bank records is 1533 W Jarvis Ave, Apt 208, Chicago, IL 60626, which is the same address listed on the forged check to "Ade Williams" that the subjects attempted to deposit into Chase account ending in x9056; Chase account ending in x0032 held under the alias ANTHONY; and Chase account ending in x2866 held under the alias OBASEKI. The email listed for Chase account ending in x5996 is JUSTUSSILAS510@GMAIL.COM.[2]

32.     Based on bank records, $97,000 was deposited into Chase checking account ending in x5996 from multiple individuals, between approximately

---

[2] Based on records from Google, the email account JUSTUSSILAS510@GMAIL.COM lists a recovery email address of adewilliams510@gmail.com.  As discussed in this affidavit, "Ade Williams" is another alias used by BABALOLA, and adewilliams510@gmail.com was listed on bank records in connection with the Ade Williams' bank accounts mentioned herein.

December 23, 2020, and May 18, 2021. Of that amount, approximately $96,961 was withdrawn through May 18, 2021.

### H. TCF Bank Account Ending in x4322 Opened Using the Alias "Justus Akpabio SILAS."

33. Based on TCF bank records, TCF Bank account ending in x4322 was opened using the alias and passport information of "Justus Akpabio SILAS," on or about October 22, 2020. On or about November 30, 2020, TCF checking account ending in x4322 had an attempted deposit of a check (# 2663) of approximately $39,450, paid to the order of Justus Akpabio SILAS. The payor on the check was a company based in Bloomfield Hills, Michigan. TCF Bank blocked the deposit and returned the check, with a $20 return fee. On or about February 22, 2020, TCF checking account ending in x4322 was closed by TCF Bank due to sixty days of inactivity and a negative balance.

### I. TCF Bank Account Ending in x3246 Opened Using the Alias "Ade Festus WILLIAMS"

34. Based on TCF bank records, a TCF Bank account ending in x3246, was opened in the name of Ade Festus WILLIAMS on or about July 1, 2020, with the same fraudulent passport depicted above, in Section I(D). According to bank records, the account had deposits totaling approximately $73,105 and cash withdrawals totaling approximately $69,699.02, from early August 2020 through October 2020.

### J. Discovery of Other False Passports with BABALOLA's Photograph

35. In addition to the fraudulent passports described above, law enforcement has recovered other counterfeit passports with BABALOLA's photograph on them, in parcels shipped from Nigeria to the United States.

36. On or about October 8, 2020, CBP officers conducting routine border inspections at the DHL facility at the Cincinnati, Ohio Port of Entry[3] searched a parcel that had been shipped to the United States from Nigeria and discovered inside the parcel a suspicious South African passport and United States visa. The documents, which were both issued to a "FELIX ADAM'S STEPHEN," lacked the fine line detail and UV markings found on genuine passport and visa documents. The sender of the parcel was listed as a "DANIEL ABIOYE" with an address listed as 28 Aderibigbe street, Surulere, Nigeria. The listed consignee was "GABRIEL TIMOTHY" with an address of 6818 N Wayne Avenue, Chicago, IL 60626, United States.[4] Images of the seized passport and visa, below, include photographs of BABALOLA, based on comparison to BABALOLA's authentic Nigerian passport:

---

[3] Based on my training and experience, I know that a Port of Entry is where people, packages, goods, and other items, first enter the United States from another country.

[4] The purported destination address is an apartment building, but no unit number was listed. Law enforcement and open-source database checks did not identify a Gabriel Timothy associated with the destination address.



37.     On or about October 29, 2020, CBP officers conducting routine border inspections at the DHL facility at the Chicago, Illinois, Port of Entry searched a parcel that had been shipped to the United States from Nigeria and discovered a suspicious Kenyan passport and United States visa. The documents, which were both issued to a "STEPHEN FELIX ADAM'S" (reversing the order of the false names described above) were determined to be counterfeit because the visa had poor print quality and lacked security features. The sender of the parcel was listed as "OLA OLATUNDE" with an address listed as 27 Odetunde Street, Oshodi, Lagos, Nigeria. The listed consignee was "ADE WILLIAMS"[5] with an address of 7522

---

[5] As discussed above, Ade WILLIAMS is one of many aliases used by BABALOLA.

North Greenview Avenue, Chicago, IL 60626.[6] Images of the seized passport and visa, below, include photographs of MICHAEL BABALOLA, based on comparison to BABALOLA's authentic Nigerian passport:





---

[6] The purported destination address is an apartment building, but no unit number was listed on the parcel. Law enforcement and open-source database checks did not identify an Ade WILLIAMS associated with the destination address.

## II.   CONCLUSION

38.   Based on the above information, I respectfully submit that there is probable cause to believe that, on or about October 14, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, BABALOLA willfully and knowingly used, or attempted to use a false, forged, counterfeited, mutilated, or altered passport or instrument purporting to be a passport, in violation of Title 18, United States Code, Section 1543.

FURTHER AFFIANT SAYETH NOT.

Patryk Lukaszewski
Special Agent
Homeland Security Investigations (HSI)

SWORN TO AND AFFIRMED by telephone December 10, 2021.

Honorable SUSAN E. COX
United States Magistrate Judge